**IN RE MURPHY**

[332 N.C. 663 (1992)]

IN THE MATTER OF: JULIE ANN MURPHY AND STEPHANIE MURPHY

No. 151A92

(Filed 19 November 1992)

Appeal by respondent pursuant to N.C.G.S. § 7A-30(1) from a unanimous decision of the Court of Appeals, 105 N.C. App. 651, 414 S.E.2d 396 (1992), which affirmed the judgment and order entered 9 January 1991 by Osborne, J., in District Court, Yadkin County terminating the parental rights of respondent. Heard in the Supreme Court on 2 November 1992.

*W. Lee Zachary, Jr., for respondent-appellant.*

*Richard N. Randleman, for petitioner-appellee.*

*Shore, Hudspeth & Harding, P.A., by Benjamin H. Harding, Jr., Guardian Ad Litem for the Juveniles.*

PER CURIAM.

AFFIRMED.